**Deny and Opinion issued March 22, 2022**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01171-CV**

**IN RE DANIELLE SPOSITO, Relator**

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-53396-2018**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle

Opinion by Justice Carlyle

Before the Court are relator's January 19, 2022 redacted petition for writ of mandamus and the record filed in support; December 30, 2021 and January 31, 2022 emergency motions for temporary relief; February 7, 2022 motion for appointment of a new judge in her Collin County Case and accompanying emergency motion for temporary relief; and March 10, 2022 emergency motion to expedite petition of writ of mandamus and appointment of a new trial court judge.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and record, we conclude relator has failed to demonstrate an entitlement to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We deny relator's pending motions.


211171f.p05

/s/Cory L. Carlyle_____
CORY L. CARLYLE
JUSTICE